# Exhibit A

577863v

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------X Index No.: 117395-06

JOHN ALEXANDER,

Date Filed: 11/21/2006

                               Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

           -against-

The Basis of Venue is
Defendants' Place of Business

AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN HONDA MOTOR CO., INC.,
ANCHOR PACKING COMPANY,
BORG-WARNER CORPORATION,
   n/k/a BURNS INTERNATIONAL SERVICES
   CORPORATION,
CERTAIN TEED CORPORATION,
DAIMLER CHRYSLER CORPORATION,
EIS BRAKE PARTS DIVISION,
FORD MOTOR COMPANY,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
INGERSOLL-RAND COMPANY,
INTERNATIONAL TRUCK and ENGINE CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
MACK TRUCKS, INC.,
NISSAN NORTH AMERICA, INC.,
PACCAR, INC.,
   Individually and through its division,
   PETERBILT MOTORS CO.,
PNEUMO ABEX CORPORATION,
   Individually and as successor in interest to ABEX
   CORPORATION,
RAPID-AMERICAN CORPORATION,
STANDARD MOTOR PRODUCTS, INC.,
TOYOTA MOTOR CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,

**SUMMONS**

                               Defendants.
--------------------------------------------------------------X

[Stamp: NEW YORK COUNTY CLERK'S OFFICE NOV 21 2006 NOT COMPARED WITH COPY FILED]

-----------------------------------------
To the above named Defendant(s)

        **You are hereby summoned** to answer the **verified** complaint in this action and to serve a

copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, November 21, 2006
   New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

DEFENDANTS' RIDER

AMCHEM PRODUCTS, INC.,
n/k/a RHONE POULENC AG COMPANY,
n/k/a BAYER CROPSCIENCE INC.
41 State Street
Albany, NY 11207

AMERICAN HONDA MOTOR CO., INC.,
CT CORPORATION SYSTEM
818 WEST SEVENTH ST.
LOS ANGELES, CA 90017

ANCHOR PACKING COMPANY
CT Corporation System
1635 Market Street
Philadelphia, PA 19103

BORG-WARNER CORPORATION,
n/k/a BURNS INTERNATIONAL SERVICES
CORPORATION
200 South Michigan Avenue
Chicago, IL 60604

CERTAIN TEED CORPORATION
CT Corporation System
111 8th Avenue
New York, NY 10011

DAIMLER CHRYSLER CORPORATION
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 53201

EIS BRAKE PARTS DIVISION
37-18 Northern Boulevard
Long Island City, NY 11101

FORD MOTOR COMPANY
CT Corporation Systems
111 8th Avenue
New York, NY 10011

GARLOCK SEALING TECHNOLOGIES LLC,
f/k/a GARLOCK INC.
CT Corporation System
111 8th Avenue
New York, NY 10011

GENERAL ELECTRIC COMPANY
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

GENERAL MOTORS CORPORATION
CT Corporation Systems
111 8th Avenue
New York, NY 10011

HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX
101 Columbia Road and Park Avenue
Morristown, NJ 07962

INGERSOLL-RAND COMPANY
CT Corporation Systems
111 8th Avenue
New York, NY 10011

INTERNATIONAL TRUCK and ENGINE CORPORATION
CT Corporation Systems
111 8th Avenue
New York, NY 10011

J.H. FRANCE REFRACTORIES COMPANY
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

MACK TRUCKS, INC.
CT Corporation Systems
111 8th Avenue
New York, NY 10011

NISSAN NORTH AMERICA, INC.
C/O LEXISNEXIS DOCUMENT SOLUTIONS INC.
80 State Street
Albany, NY 12207-2543

PACCAR, INC.,
   Individually and through its division,
   PETERBILT MOTORS CO.
800 Brazos Street
Austin, TX 78701

PNEUMO ABEX CORPORATION,
   Individually and as successor in interest to ABEX
   CORPORATION
80 State Street
Albany, NY 12207

RAPID-AMERICAN CORPORATION
2711 Centerville Road
Wilmington, DE 19808

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

STANDARD MOTOR PRODUCTS, INC.
37-18 Northern Blvd.
Long Island City, NY 11101

TOYOTA MOTOR CORPORATION
9 W. 57th St., Ste. 4900
New York, NY 10019-2701

U.S. RUBBER COMPANY (UNIROYAL)
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

UNION CARBIDE CORPORATION
CT Corporation Systems
111 8th Avenue
New York, NY 10019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X   Index No.: 117395-06

JOHN ALEXANDER,                                                 Date Filed: 1/21/2006

         Plaintiff(s),

    -against-                                **VERIFIED COMPLAINT**

AMCHEM PRODUCTS, INC.,
 n/k/a RHONE POULENC AG COMPANY,
 n/k/a BAYER CROPSCIENCE INC.,
AMERICAN HONDA MOTOR CO., INC.,
ANCHOR PACKING COMPANY,
BORG-WARNER CORPORATION,
 n/k/a BURNS INTERNATIONAL SERVICES
 CORPORATION,
CERTAIN TEED CORPORATION,
DAIMLER CHRYSLER CORPORATION,
EIS BRAKE PARTS DIVISION,
FORD MOTOR COMPANY,
GARLOCK SEALING TECHNOLOGIES LLC,
 f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
HONEYWELL INTERNATIONAL, INC.,
 f/k/a ALLIED SIGNAL, INC. / BENDIX,
INGERSOLL-RAND COMPANY,
INTERNATIONAL TRUCK and ENGINE CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
MACK TRUCKS, INC.,
NISSAN NORTH AMERICA, INC.,
PACCAR, INC.,
 Individually and through its division,
 PETERBILT MOTORS CO.,
PNEUMO ABEX CORPORATION,
 Individually and as successor in interest to ABEX
 CORPORATION,
RAPID-AMERICAN CORPORATION,
STANDARD MOTOR PRODUCTS, INC.,
TOYOTA MOTOR CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,

         Defendants.
-----------------------------------------------------------X

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Plaintiff(s), JOHN ALEXANDER, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1. Plaintiff(s), JOHN ALEXANDER, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

2. Defendant AMERICAN HONDA MOTOR CO., INC.,, was and still is a duly organized domestic corporation doing business in the State of New York.

3. Defendant AMERICAN HONDA MOTOR CO., INC.,, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

4. Defendant EIS BRAKE PARTS DIVISION, was and still is a duly organized domestic corporation doing business in the State of New York.

5. Defendant EIS BRAKE PARTS DIVISION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6. Defendant NISSAN NORTH AMERICA, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

7. Defendant NISSAN NORTH AMERICA, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8. Defendant TOYOTA MOTOR CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant TOYOTA MOTOR CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

Plaintiff(s), JOHN ALEXANDER, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *November 21, 2006*
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY 10038
(212) 558-5500

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: November 21, 2006
       New York, New York

_____
BENJAMIN A. DARCHE

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Index No.: 117395-06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JOHN ALEXANDER,

                    Plaintiff(s),

-against-

AMCHEM PRODUCTS, INC.,
n/k/a RHONE POULENC AG COMPANY,
n/k/a BAYER CROPSCIENCE INC., et al.,

                    Defendants.

SUMMONS and COMPLAINT

WEITZ & LUXENBERG, P.C.
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, November 21, 2006

Attorney(s) for