# Exhibit B

577863v

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X Index No.: 117395-06

JOHN ALEXANDER,

Date Filed: 12/12/2006

                             Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

-against-

The Basis of Venue is
Defendants' Place of Business

AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN HONDA MOTOR CO., INC.,
ANCHOR PACKING COMPANY,
BORG-WARNER CORPORATION,
   n/k/a BURNS INTERNATIONAL SERVICES
   CORPORATION,
CERTAIN TEED CORPORATION,
DAIMLER CHRYSLER CORPORATION,
EIS BRAKE PARTS DIVISION,
FORD MOTOR COMPANY,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
INGERSOLL-RAND COMPANY,
INTERNATIONAL TRUCK and ENGINE CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
MACK TRUCKS, INC.,
NISSAN NORTH AMERICA, INC.,
PACCAR, INC.,
   Individually and through its division,
   PETERBILT MOTORS CO.,
PNEUMO ABEX CORPORATION,
   Individually and as successor in interest to ABEX
   CORPORATION,
RAPID-AMERICAN CORPORATION,
STANDARD MOTOR PRODUCTS, INC.,
TOYOTA MOTOR CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
AMERICAN HONDA MOTOR CO, INC.,
HONDA MOTOR CO LTD.,
HONDA MOTOR PARTS SERVICE CO, LTD.,
HONDA MOTOR PARTS SERVICE CO., LTD.,
MAZDA MOTOR CORP.,
MAZDA MOTOR CORP.,

**SUPPLEMENTAL
SUMMONS**

VOLKSWAGON A.G.,
VOLKSWAGON OF AMERICA, INC.,
VOLKSWAGON,
   as successor in interest to AUDI,

                                        Defendants
--------------------------------------------------------------X

To the above named Defendant(s)

      You are hereby summoned to answer the amended verified complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded
in the complaint.

Dated, December 12, 2006
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

DEFENDANTS' RIDER

Judith Yavitz Esq.
ANDERSON, KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
fax:(212) 278-1733
Attorneys for Defendant:
    AMCHEM PRODUCTS, INC.,
        n/k/a RHONE POULENC AG COMPANY,
        n/k/a BAYER CROPSCIENCE INC.
    CERTAIN TEED CORPORATION
    UNION CARBIDE CORPORATION

Robert Goodman Esq
GREENBAUM ROWE SMITH & DAVIS LLP
6 Becker Farm Road
Roseland, NJ 07068
(973) 535-1600
fax:(973) 535-1698
Attorneys for Defendant:
    AMERICAN HONDA MOTOR CO., INC.,

Theodore Eder Esq
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
805 Third Avenue
19th Floor
New York, NY 10022
(215) 972-8015
Attorneys for Defendant:
    ANCHOR PACKING COMPANY
    GARLOCK SEALING TECHNOLOGIES LLC,
        f/k/a GARLOCK INC.

Anna DiLonardo Esq
WEINER LESNIAK LLP (LONG ISLAND)
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788
(631) 232-6130
fax:(631) 232-6184
Attorneys for Defendant:
    BORG-WARNER CORPORATION,
        n/k/a BURNS INTERNATIONAL SERVICES
        CORPORATION

Scott Emery Esq.
LYNCH DASKAL EMERY LLP
264 West 40TH Street
New York, NY 10018
(212) 302-2400
fax:(212) 302-2210
Attorneys for Defendant:
    DAIMLER CHRYSLER CORPORATION

Paul Slater Esq.
Richard O'Leary Esq.
MCCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, NY 10167
Attorneys for Defendant:
    EIS BRAKE PARTS DIVISION
    STANDARD MOTOR PRODUCTS, INC.

Mark Feinstein Esq
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
757 Third Avenue
New York, NY 10017
(212) 593-6700
fax:(212) 593-6970
Attorneys for Defendant:
    FORD MOTOR COMPANY
    GENERAL MOTORS CORPORATION

Michael Tanenbaum Esq
SEDWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102-5311
(973) 242-0002
fax:(973) 242-8099
Attorneys for Defendant:
    GENERAL ELECTRIC COMPANY

Lisa Linsky Ees
MCDERMOTT, WILL & EMERY
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020
Attorneys for Defendant:
    HONEYWELL INTERNATIONAL, INC.,
        f/k/a ALLIED SIGNAL, INC. / BENDIX

Lisa Pascarella Esq
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
(732) 528-8888
fax:(732) 528-4445
Attorneys for Defendant:
    INGERSOLL-RAND COMPANY

Frank Quinn Esq.
Michelle Regan Esq.
LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY
420 Lexington Avenue
Suite 2900 - Graybar Building
New York, NY 10170
Attorneys for Defendant:
    INTERNATIONAL TRUCK and ENGINE CORPORATION
    TOYOTA MOTOR CORPORATION

Joseph Carlisle Esq
MALABY CARLISLE & BRADLEY LLC
150 Broadway, Suite 600
New York, NY 10038
(212) 791-0285
Attorneys for Defendant:
    J.H. FRANCE REFRACTORIES COMPANY

Thomas Maimone Esq.
MAIMONE & ASSOCIATES
170 Old Country Road
Mineola, NY 11501
Attorneys for Defendant:
    MACK TRUCKS, INC.

Cynthia Weiss Antonucci Esq.
HARRIS BEACH LLP
805 Third Avenue
20th Floor
New York, NY 10022
(212) 687-0100
fax:(212) 687-0659
Attorneys for Defendant:
    PACCAR, INC.,
        Individually and through its division,
        PETERBILT MOTORS CO.

James Smith Esq.
SMITH ABBOT, LLP
115 Broadway, 19th Flr
New york, NY 10006
(212) 981-4501
fax:(212) 981-4502
Attorneys for Defendant:
    PNEUMO ABEX CORPORATION,
        Individually and as successor in interest to ABEX
    CORPORATION

Linda Yassky Esq.
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 398-5800
fax:(212) 398-5245
Attorneys for Defendant:
    RAPID-AMERICAN CORPORATION

Norman Senoir Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016
Attorneys for Defendant:
    U.S. RUBBER COMPANY (UNIROYAL)

AMERICAN HONDA MOTOR CO, INC.
1919 Torrance Blvd.
Torrance, CA 90501

HONDA MOTOR CO LTD.
2-1-1 Minami Aoyama, Minato-ku
Tokyo 107-8556- Japan

HONDA MOTOR PARTS SERVICE CO, LTD.
NO. 27-8, 6-CHOME JINGUMAE
SHIBUYA-KU 150
TOKYO, JAPAN

HONDA MOTOR PARTS SERVICE CO., LTD.
NO. 27-8, 6-CHOME JINGUMAE
SHIBUYA-KU 150
TOKYO, JAPAN

MAZDA MOTOR CORP.
7755 Irvine Center
Irvine, CA 92618

MAZDA MOTOR CORP.
3-1 Shinchi, Fuchu-cho
Aki-gun, Hiroshima

VOLKSWAGON A.G.
BERLINER RING 1
D-38436
WOLFSBURG, GERMANY

VOLKSWAGON OF AMERICA, INC.
THE CORPORATION COMPANY
1675 BROADWAY
DENVER, CO 80202

VOLKSWAGON,
 as successor in interest to AUDI
JOSEPH S. FOLZ
3800 HAMLIN RD.
AUBURN HILLS, MI 48326

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X Index No: 117395-06

JOHN ALEXANDER,

Date Filed: 12/12/2006

Plaintiff(s),

-against-

AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN HONDA MOTOR CO., INC.,,
ANCHOR PACKING COMPANY,
BORG-WARNER CORPORATION,
   n/k/a BURNS INTERNATIONAL SERVICES
   CORPORATION,
CERTAIN TEED CORPORATION,
DAIMLER CHRYSLER CORPORATION,
EIS BRAKE PARTS DIVISION,
FORD MOTOR COMPANY,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
INGERSOLL-RAND COMPANY,
INTERNATIONAL TRUCK and ENGINE CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
MACK TRUCKS, INC.,
NISSAN NORTH AMERICA, INC.,
PACCAR, INC.,
   Individually and through its division,
   PETERBILT MOTORS CO.,
PNEUMO ABEX CORPORATION,
   Individually and as successor in interest to ABEX
   CORPORATION,
RAPID-AMERICAN CORPORATION,
STANDARD MOTOR PRODUCTS, INC.,
TOYOTA MOTOR CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
AMERICAN HONDA MOTOR CO, INC.,
HONDA MOTOR CO LTD.,
HONDA MOTOR PARTS SERVICE CO, LTD.,
HONDA MOTOR PARTS SERVICE CO., LTD.,
MAZDA MOTOR CORP.,
MAZDA MOTOR CORP.,
VOLKSWAGON A.G.,
VOLKSWAGON OF AMERICA, INC.,

**AMENDED
VERIFIED
COMPLAINT**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

VOLKSWAGON,
as successor in interest to AUDI,

              Defendants
------------------------------------------------------------------X

  Plaintiff(s), JOHN ALEXANDER, by their attorneys, WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1. Plaintiff(s), JOHN ALEXANDER, by their attorneys, WEITZ & LUXENBERG, P.C., for their amended verified complaint respectfully alleges:

2. Defendant AMERICAN HONDA MOTOR CO, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

3. Defendant AMERICAN HONDA MOTOR CO, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

4. Defendant AMERICAN HONDA MOTOR CO., INC.,, was and still is a duly organized domestic corporation doing business in the State of New York.

5. Defendant AMERICAN HONDA MOTOR CO., INC.,, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6. Defendant EIS BRAKE PARTS DIVISION, was and still is a duly organized domestic corporation doing business in the State of New York.

7. Defendant EIS BRAKE PARTS DIVISION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

8. Defendant HONDA MOTOR CO LTD., was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant HONDA MOTOR CO LTD., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10. Defendant HONDA MOTOR PARTS SERVICE CO, LTD., was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant HONDA MOTOR PARTS SERVICE CO, LTD., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12. Defendant HONDA MOTOR PARTS SERVICE CO., LTD., was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant HONDA MOTOR PARTS SERVICE CO., LTD., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14. Defendant MAZDA MOTOR CORP., was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant MAZDA MOTOR CORP., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

16. Defendant MAZDA MOTOR CORP., was and still is a duly organized domestic corporation doing business in the State of New York.

17. Defendant MAZDA MOTOR CORP., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18. Defendant NISSAN NORTH AMERICA, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

19. Defendant NISSAN NORTH AMERICA, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20. Defendant TOYOTA MOTOR CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

21. Defendant TOYOTA MOTOR CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

22. Defendant VOLKSWAGON A.G., was and still is a duly organized domestic corporation doing business in the State of New York.

23. Defendant VOLKSWAGON A.G., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

24. Defendant VOLKSWAGON OF AMERICA, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

25. Defendant VOLKSWAGON OF AMERICA, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State

of New York and/or should have expected its acts to have consequences within the State of New York.

26. Defendant VOLKSWAGON, as successor in interest to AUDI, was and still is a duly organized domestic corporation doing business in the State of New York.

27. Defendant VOLKSWAGON, as successor in interest to AUDI, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

Plaintiff(s), JOHN ALEXANDER, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: December 12, 2006
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY  10038
(212) 558-5500

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **supplemental summons and amended verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: December 12, 2006
       New York, New York

                                                        ADAM COOPER

Index No.: 117395-06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JOHN ALEXANDER,

                Plaintiff(s),

-against-

AMCHEM PRODUCTS, INC.,
n/k/a RHONE POULENC AG COMPANY,
n/k/a BAYER CROPSCIENCE INC., et al.,

                Defendants.

SUPPLEMENTAL SUMMONS and AMENDED VERIFIED COMPLAINT

WEITZ & LUXENBERG, P.C.
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

To
Attorney(s) for

Service of a copy of the within
    is hereby admitted.

Dated,
December 12, 2006

Attorney(s) for