# Exhibit D

577863v

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------- x

JOHN ALEXANDER,                        **ACKNOWLEDGMENT OF RECEIPT**

               Plaintiff,

                                                          Index No. 117395/06

     - against -

AMCHEM PRODUCTS, INC.,

               Defendants.

------------------------------------------------------------------- x

SIR/MADAM:

       Defendant FORD MOTOR COMPANY ("FORD"), by its attorneys, AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP, hereby acknowledges receipt of a copy of a Supplemental Summons and of plaintiffs' Amended Verified Complaint in this action.

       FORD hereby answers the Amended Verified Complaint by reference to its Standard Answer, Cross-Claims and Answer to Cross-Claims, dated April 18, 2002, filed pursuant to NYCAL Amended Case Management Order dated September 20, 1996, amended as of February 19, 2003, and raises each of the defenses and cross-claims contained in its Standard Answer, Cross-Claims and Answer to Cross-Claims, dated April 18, 2002.

Dated:    New York, New York
            January 9, 2007

                                                         Yours, etc.

                                                         _____
                                                         BY: ELLIOTT J. ZUCKER
                                                         AARONSON RAPPAPORT FEINSTEIN
                                                         & DEUTSCH, LLP
                                                         Attorneys for FORD MOTOR COMPANY
                                                         Office & P.O. Address

539262v

                                      -2-

757 Third Avenue
New York, NY 10017
212-593-6700

To:    WEITZ & LUXENBERG, P.C.
        Attorney for Plaintiff
        180 Maiden Lane
        New York, NY 10038
        212 558-5500

539262v

Alexander  5011-863

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                    ss.:
COUNTY OF NEW YORK  )

CATHERINE K. LONGSWORTH, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at KINGS COUNTY, NY.

That on the 22nd day of January, 2007, deponent served the within ACKNOWLEDGMENT OF RECEIPT upon:

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York New York 10038
(212) 558-5500

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
CATHERINE K. LONGSWORTH

Sworn to before me this
22nd day of January, 2007

_____
Notary Public

ARETHA L. PIERRE
Notary Public, State Of New York
No. 01PI5039425
Certificate Filed in Westchester County
Commission Expires on Feb. 21, 20_11_

{00498001.DOC}
539266v

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                                              117395/06

JOHN ALEXANDER

Plaintiff,

-against-

AMCHEM PRODUCTS, INC.,

Defendants.

## ACKNOWLEDGMENT OF RECEIPT

**AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
Defendant
FORD MOTOR COMPANY
Office and Post Address
757 Third Avenue
New York, NY 10017
212-593-6700

To:    **ALL PARTIES**