# Exhibit H

577863v

## CONSENT FOR REMOVAL

The undersigned defendants consent to removal to the United States District Court for the Southern District of New York of the matter entitled *John Alexander v. Amchem Products, Inc., et al.*, Index No.: 116617/06, now pending in the Supreme Court for the State of New York, New York County.

Dated: New York, New York
       June 28, 2007


Attorneys for Honeywell International, Inc.

By: _____
    Donald Pugliese
MCDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020


Attorneys for International Truck and Engine Corp.

By: _____

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
420 Lexington Avenue
Suite 2900 – Graybar Building
New York, New York 10170


Attorneys for Volkswagen of America, Inc.

By: _____
    Joseph Churgin
HERZFELD & RUBIN, P.C.
40 Wall Street, 54th Floor
New York, New York 10005

577398v