UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: NEW YORK
      ASBESTOS LITIGATION
------------------------------------------------------------------x

This Document Relates To:

JOHN ALEXANDER,

                      Plaintiff(s),

        -against-

AMCHEM PRODUCTS, INC., ET AL.,

                      Defendants.
------------------------------------------------------------------x

**STATEMENT PURUSANT TO RULE 7.1**

**DEFENDANTS DEMAND TRIAL BY JURY**

Civil Action No.:_____

      Pursuant federal rules of civil procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for FORD MOTOR COMPANY (a private non-governmental party) certifies that the following:

      Ford does not have any parent corporations, and 10% or more of Ford's stock is not owned by a publicly held corporation or publicly held entity.

Dated:  New York, New York
           July 12, 2007

                                        By: Jay A. Rappaport 5977
                                        AARONSON RAPPAPORT FEINSTEIN
                                        & DEUTSCH, LLP
                                        *Attorneys for Defendants*
                                        **Ford Motor Company and**
                                        **General Motors Corporation**
                                        757 Third Avenue
                                        New York, New York 10017
                                        (212) 593-6700

580269v

To: WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiffs*
180 Maiden Lane
New York, New York 10038

Francis F. Quinn, Esq.
LAVIN, O'NEIL, RICCI, FINARELLI & GRAY
*Attorneys for INTERNATIONAL TRUCK AND ENGINE CORP.*
420 Lexington Avenue, Suite 2900
Graybar Building
New York, New York 10170

Don Pugliese, Esq.
MCDERMOTT, WILL & EMERY
*Attorneys for HONEYWELL INTERNATIONAL, INC.*
340 Madison Avenue
New York, New York 10173-1922

Judith Yavitz, Esq.
ANDERSON, KILL & OLICK, P.C.
*Attorneys for AMCHEM PRODUCTS, INC., N/K/A RHONE POULENE AG CO., N/K/A BAYER CROPSCIENCE, INC. CERTAINTEED CORP. AND UNION CARBIDE CORP.*
1251 Avenue of the Americas
New York, New York 10020

Joseph Churgin
HERZFELD & RUBIN, P.C.
*Attorneys for VOLKSWAGEN OF AMERICA, INC.*
40 Wall Street, 54th Floor
New York, New York 10005

580269v