UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x    Oral Argument Requested

JOHN ALEXANDER and BRAULIA ALEXANDER,

                                                  Plaintiffs,

- against -

AMCHEM PRODUCTS, INC., et al.,

                                                Defendants.

**PLAINTIFFS' NOTICE OF MOTION TO REMAND**

Case No. 07 CV 6441 (PKC)

----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon Plaintiffs' Memorandum of Law In Support of Their Motion To Remand the Case To State Court, and Plaintiffs' Affirmation In Support of Their Motion To Remand, and the previous pleadings and papers in this case, Plaintiffs John Alexander and Braulia Alexander, by their attorneys, Weitz & Luxenberg, P.C., will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, New York, New York, <u>on a date and at a time to be designated by the Court</u>, pursuant to 28 U.S.C. §1447, to remand this case to New York Supreme Court, County of New York, to award Plaintiffs their costs and expenses incurred in opposing Defendant General Motors Corporation's and Ford Motor Company's removal of this case, and for such other relief

1

as the Court deems just and proper.

Dated:  New York, N.Y.
       July 30, 2007

                         **WEITZ & LUXENBERG, P.C.**
                         Attorneys for Plaintiffs
                         180 Maiden Lane, 17th Fl.
                         New York, N.Y.  10038

By: _____
      Stephen J. Riegel (SR-8832)
      (212) 558-5500

TO:

    Jay A. Rappaport, Esq.
    AARONSON RAPPAPORT FEINSTEIN &
      DEUTSCH, LLP
    Attorneys for Defendant Ford Motor Company and
      General Motors Corporation
    757 Third Avenue
    New York, N.Y.  10017

    Don Pugliese, Esq.
    MCDERMOTT, WILL & EMERY
    Attorneys for Defendant Honeywell International, Inc.
      f/k/a Allied Signal, Inc./Bendix
    340 Madison Avenue
    New York, N.Y.  10173-1922

    Judith Yavitz, Esq.
    ANDERSON, KILL & OLICK, P.C.
    Attorneys for Amchem Products, Inc., n/k/a Rhone
      Poulene AG Co., n/k/a Bayer CropScience, Inc.,
      Certainteed Corp. and Union Carbide Corp.
    1251 Avenue of the Americas
    New York, N.Y.  10020

Francis F. Quinn, Esq.
LAVIN, O'NEIL, RICCI, FINARELLI & GRAY
Attorneys for International Truck and Engine Corp.
420 Lexington Avenue, Suite 2900
Graybar Building
New York, N.Y. 10170

Joseph Churgin, Esq.
HERZFELD & RUBIN, P.C.
Attorneys for Volkswagen of America, Inc.
40 Wall Street, 54th Fl.
New York, N.Y. 10005

## AFFIRMATION OF SERVICE

**GINA NICASIO**, being duly sworn, deposes and says that affiant is associated with the attorneys for the plaintiff(s) herein; is not a party to this action; and resides in the County of Queens, City ans State of New York; and

That on the **30th day of July 2007,** affiant served the within **PLAINTIFFS' NOTICE OF MOTION TO REMAND; PLAINTIFFS' AFFIRMATION IN SUPPORT OF THEIR MOTION TO REMAND; and PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO REMAND THE CASE TO STATE COURT,** on the defendants by depositing a true copy of the same securely enclosed in a post-paid federal express wrapper, marked for "priority overnight" service and delivering same to our mail clerk, who in turn in the ordinary course of business brought it to the mail room and then mailed same by delivering to an official, under the exclusive care and custody of Federal Express, within the City and State of New York, directed to attorneys, as listed on the attached moving papers.

Deponent is over the age of 18 years.

_____
**GINA NICASIO**

Index No.                              Year 20

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**JOHN ALEXANDER and BRAULIA ALEXANDER,**          Case No.: 07 CV 6441 (PKC)

                              **Plaintiffs,**

       - against -

**AMCHEM PRODUCTS, INC., ET AL.,**
                              **Defendants.**

**PLAINTIFFS' NOTICE OF MOTION TO REMAND**

                    WEITZ & LUXENBERG, P.C.
      *Attorneys for*
                    **Plaintiffs**
                    180 Maiden Lane
                    New York, NY 10038
                    (212) 558-5500

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ........................................    Signature..........................................................................

                                                   Print Signer's Name..........................................................

*Service of a copy of the within*                                                    *is hereby admitted.*

Dated:

                                                   ..........................................................................
                                                   *Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**    that the within is a (certified) true copy of a
                         entered in the office of the clerk of the within named Court on          20

☐ **NOTICE OF SETTLEMENT**   that an Order of which the within is a true copy will be presented for settlement to the
                             Hon.                                           one of the judges of the within named Court,
                             at
                             on              20       , at           M.

Dated:

                                                                              WEITZ & LUXENBERG, P.C.
                                        *Attorneys for*

                                                                              180 Maiden Lane
To:                                                                           New York, NY 10038