# Exhibit 2

MONTH OF LAST ORDER IN 1969: D N O S A J J M A M F J — SALES REGION: 9 8 7 6 5 4 3 2 1 — SALESMAN NUMBER: 7 4 H 2 1 7 4 T 2 1 7 4 U 2 1 — COMPANY NAME: 1 7 4 H 2 1 7 4 T 2 1 7 4 U 2 1

PRODUCT (S): SG100, SG124, SG144, SG210, HPP, HPO, T-135, RG 110, RG 144, RG 244

576660 16257669

COMPANY & MAILING ADDRESS
Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave
Trenton ~~Mich~~ 48183
Mich

SHIP TO ADDRESS
Same

SALESMAN: EJK-42 NO. 334 REGION ~~3~~10

P.A.
OTHER CONTACTS
Tax Exemption Cert. Dated - 2-7-75 Recd 10-12-78 RR 12-1-78 RR 1-25-79

PROD. RG244 MARKET AREA

| DATE | RECORD OF CALLS AND OTHER INFORMATION |
|---|---|
| | ~~Good~~ Simon Acoff NO |
| | del-PC |
| | ~~313-676-2200~~ |
| | 313-671-4848 |

ASB.

162.5766.9
CHRYSLER CORP. CHEM DIV.
4537 W. JEFFERSON AVE.
TRENTON, N.J. 48183

TERMS ARE: CREDIT 5/4/72

(16257669) RQ50127

SALES ORDERS SHIPPED AND INVOICED

| DATE | CURRENT MONTH LBS. | CURRENT MONTH $ VALUE | FROM | YEAR TO DATE LBS. | YEAR TO DATE $ VALUE |
|---|---|---|---|---|---|
| 1/2/69 | x 90 | 62.55 | Detroit | | |
| 10/7/69 | x 100 | 69.50 | ✓ | 190 | 132.05 |
| 10/14/69 | x 100 | 69.50 | ✓ | 290 | 201.55 |
| 10/23/69 | x 350 | 231.00 | ✓ | 640 | 432.55 |
| 11/5/69 | x 350 | 243.25 | ✓ | 990 | 675.80 |
| 1/28/70 | 2000 | 1320.00 | Cleve | | |
| 4/27/70 | 2000 | 1430.00 | Detroit | 4000 | 2750.00 |
| 5/8/70 | 2000 | 1430.00 | ✓ | 6000 | 4180.00 |
| 6/4/70 | 10150 | 6597.50 | Col. | 16150 | 10777.50 |
| 7/15/70 | 10150 | 6597.50 | Detroit | 26300 | 17375.00 |
| 9/2/70 | 10150 | 6597.50 | ✓ | 36450 | 23,972.50 |
| 10/7/70 | 18200 | 11648.00 | KC | 54650 | 35,620.50 |
| 12/16/70 | 18200 | 11648.00 | ✓ | 72,850 | 47,268.50 |
| 7/26/71 | 18200 | 11830.00 | KC | | |
| 4/20/71 | | (182.00) | | 18200 | 11648.00 |
| 6/9/71 | 18200 | 11648.00 | ✓ | 36400 | 23,296.00 |
| 8/[illegible]/71 | 5950 | 3867.50 | Detroit | 42350 | 27,163.50 |
| 9-23-71 | 5950 | 3567.50 | ✓ | 48300 | 31,031.00 |
| 10/14/71 | 5950 | 3867.50 | ✓ | 54250 | 34,898.50 |
| 11/8/71 | 5950 | 3867.50 | ✓ | 60,200 | 38,766.00 |
| 12/9/71 | 5950 | 3867.50 | ✓ | 66,150 | 42,633.50 |
| 1/12/72 | 5950 | 3867.50 | Livonia | | |
| 3/2/72 | 6300 | 4095.00 | ✓ | 12,250 | 7962.50 |
| 3/24/72 | 6300 | 4095.00 | ✓ | 18,550 | 12057.50 |
| 4/20/72 | 6300 | 4095.00 | ✓ | 24,850 | 16,152.50 |
| 5/17/72 | 6300 | 4095.00 | ✓ | 31,150 | 20,247.50 |
| 6/6/72 | 6300 | 4095.00 | | 37,450 | 24,342.50 |
| 7/11/72 | 6300 | 4347.00 | ✓ | 43,750 | 28,689.50 |
| 8/18/72 | 6300 | 4347.00 | ✓ | 50050 | 33,036.50 |
| 9/28/72 | 6300 | 4347.00 | ✓ | 56350 | 37,383.50 |
| 10/19/72 | 6300 | 4347.00 | ✓ | 62650 | 41,730.50 |
| 11/30/72 | 6300 | 4347.00 | ✓ | 68950 | 46,077.50 |

MONTH OF LAST ORDER IN 1971: D N O S A J J M A M F J
MONTH OF LAST ORDER IN 1970: D N O S A J J M A M F J

FIRST LETTER OF COMPANY STATE: A C D F G H I K L M N O

UNION CARBIDE CORPORATION

SHIP FROM LOCATION: KC ATL CLE COL DET HAK HAH OAK PTL TOR HST

MARKET AREA: CA ELS PP TRC ME WT GEN

SE EM SM H & C AREA

X53370X

PRODUCT (S) 50127

COMPANY NAME

313-676-3200

COMPANY & MAILING ADDRESS

Chrysler Corp. Chem. Div.
5437 W. Jefferson Avenue
Trenton, Mich. 48183

SHIP TO ADDRESS: Same

SALESMAN J. E. [illegible] NO. 3 [illegible] REGION [illegible]

P.A. ______ OTHER CONTACTS ______

PROD RG-244 MARKET AREA ______

| DATE | RECORD OF CALLS AND OTHER INFORMATION |
|---|---|
| | 72 Budget 60M# - 42M$ |
| 6/72 | Sent new price schedule |
| | Part Numbers F-1423 |
| | 73 Budget 80M# - 56M$ |

SALES ORDERS SHIPPED AND INVOICED

| DATE | CURRENT MONTH LBS. | CURRENT MONTH $ VALUE | FROM | YEAR TO DATE LBS. | YEAR TO DATE $ VALUE |
|---|---|---|---|---|---|
| 1969 | 990 | 676 | | | |
| 1970 | 72,850 | 47,267 | | | |
| 1971 | 66,150 | 43,633 | | | |
| 1-19-72 | 5,950 | 3,868 | LIV | | |
| 3-72 | 12,600 | 8190 | — | 18,550 | 12,058 |
| 4-27-72 | 6,300 | 4095 | — | 24,850 | 16,153 |
| 5-22-72 | 6,300 | 4095 | | 31150 | 20,248 |
| 6-9-72 | 6,300 | 4095 | ✓ | 37,450 | 24,343 |
| 7-13-72 | 6,300 | 4347 | ✓ | 43,750 | 28,690 |
| 8-23-72 | 6,300 | 4347 | ✓ | 50,050 | 33,037 |
| 9-29-72 | 6,300 | 4347 | ✓ | 56,350 | 37,384 |
| 10-24-72 | 6,300 | 4347 | ✓ | 62,650 | 41,731 |
| 11-72 | 6,300 | 4347 | ✓ | 68,950 | 46,078 |
| 1-73 | 6,300 | 4347 | ✓ | | |
| 2-73 | 6,300 | 4347 | ✓ | 12,600 | 8,694 |
| 3-73 | 6,300 | 4347 | ✓ | 18,900 | 13,041 |
| 4-73 | 6,300 | 4347 | ✓ | 25,200 | 17,388 |
| 5/73 | 6,300 | 4,347 | | 31,500 | 21,735 |
| 6/73 | 6,300 | 4,347 | CLE | 37,800 | 26082 |
| 7/73 | 5,950 | 4,105 | LIV | 43750 | 30187 |
| 8/73 | 5950 | 4,105 | | 49700 | 34292 |
| 9/73 | 5950 | 4105 | | 55650 | 38397 |
| 11/73 | 5950 | 4105 | | 61600 | 42502 |

WAREHOUSES: PLT ATL CLE COL DAL HAM HST K.C. LIV LKL MET STL TOR

DATE LAST ORDER

V23840X

UNION CARBIDE CORPORATION

SALES BY STATE

SG-100 SG-130 SG-210 SG-MIS HPP HPO T-135-P T-135-O RG-110 RG-144 RG-244 RG-MIS CG. DRILL

PRODUCT (S)

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

COMPANY NAME

EST WSD EXE DIST. REGION

SALESMAN NUMBER

CALIDRIA SALESMEN

WAREHOUSES: PLT ATL CLE COL DAL HAM HST K.C. LIV LKL MET ST.L TOR.

COMPANY & MAILING ADDRESS

Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, Mich. 48183
Mark Part # F-1423

SALESMAN Mr. H. A. York NO. ____ REGION ____

SHIP TO ADDRESS

P.A. ____ OTHER CONTACTS ____

PROD. RG-244 MARKET AREA ____

| DATE | RECORD OF CALLS AND OTHER INFORMATION |
|---|---|
| | 1974 Budg. 40T - 54 M$ |
| 4/74 | New prices sent |
| 9-74 | " " " |
| 4-75 | " " " |
| 11/75 | " " " |
| 3/76 | " " " |
| 8/76 | " " " |
| 9/77 | " " " |
| 10/77 | Health Info sent |

SALES ORDERS SHIPPED AND INVOICED

| CURRENT MONTH DATE | LBS. | $ VALUE | FROM | YEAR TO DATE LBS. | $ VALUE |
|---|---|---|---|---|---|
| 1969 | 990 | 676 | | | |
| 1970 | 72,850 | 47,269 | | | |
| 1971 | 66,150 | 42,633 | | | |
| 1972 | 68,950 | 46,078 | | | |
| 1973 | 61,600 | 42,502 | | | |
| 1/74 | 5950 | 4106 | LIV | | |
| 2/74 | 5950 | 4105 | ✓ | 11900 | 8311 |
| 3/74 | 5950 | 4105 | LIV | 17850 | 12316 |
| 4-74 | 5950 | 4522 | LIV | 23,800 | 16,838 |
| 6-74 | 5950 | 4522 | ✓ | 29,750 | 21,360 |
| 7-74 | 5950 | 4522 | ✓ | 35,700 | 25,882 |
| 8-74 | 5950 | 4522 | ✓ | 41,650 | 30,104 |
| 9-74 | 5950 | 4522 | ✓ | 47,600 | 34,626 |
| 10-74 | 5950 | 5177 | ✓ | 53,550 | 39,803 |
| 11-74 | 5950 | 5177 | ✓ | 59,506 | 44,980 |
| | | 1309 | | | 46,289 |
| 1-75 | 5950 | 5177 | ✓ | | |
| 1-75 | 18,200 | 10,920 | PH. | 24150 | 16,097 |
| 3-75 | 18,200 | 10,920 | ✓ | 42,350 | 27,017 |
| 8-75 | 18,200 | 12,376 | Plt. | 60,550 | 39,393 |
| 10-75 | 16,800 | 11,424 | PH. | 77,350 | 50,817 |
| | | | | 38.68T | |
| 12-75 | 8.4T | 12768 | | 47.08T | 63,585 |
| 3-76 | 9.35T | 14,394 | | | |
| 4-76 | 1.4T | 2856 | | 10.75T | 17,250 |
| 6-76 | 9.6T | 14,592 | | 20.35T | 31,842 |
| 8-76 | 9.6 | 14,592 | | 29.95 | 46,434 |
| 11-76 | 9.6 | 16,896 | | 39.55 | 63,330 |
| 2-77 | 9.6 | 16,896 | | 19.2 | 33,792 |
| 4-77 | 9.6 | 16896 | | 29.2 | 51,392 |
| 6-77 | 10.0 | 17600 | | 39.6 | 69,696 |
| 9-77 | 10.4 | 18,304 | | | |

DATE LAST ORDER: 71 72 73 74 J F M A M J J A S O N D

V23840X

UNION CARBIDE CORPORATION

SALES BY STATE

ALABAMA ALASKA ARIZ. ARK. CALIF. COLO. CONN. DEL. FLA. GEOR. HAW. IDAHO ILLI. IND. IOWA KAN. KEN. LOU. MAINE MARY. MASS. MICH. MINN. MISSIS. MISS. MONT. NEB. NEV. N.H. N.J. N.M. N.Y. N.C. N.D. OHIO OKLA. OREG. PENN. R.I. S.C. S.D. TENN. TEX. UTAH VER. VIRG. WASH. W.V. WISC. WYOM.

PRODUCT (S): SG-100 SG-130 SG-210 SG-MIS HPP HPO T-115-P T-135-O RG-110 RG-144 RG-244 RG-MIS CG. DRILL

COMPANY NAME: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

REGION / CUSTOMER NUMBER: CALIFORNIA SALESMEN

WAREHOUSES: PLT ATL CLE COL DAL HAM HST K.C. LIV LKL MET ST.L TOR.

COMPANY & MAILING ADDRESS
Chrysler, Corp. Chem Div.
5437 W. Jefferson Ave.
Trenton, MI 48183

SHIP TO ADDRESS: Same

SALESMAN: TPN  NO. ____ REGION ____

P A ____ OTHER CONTACTS ____

PROD. RG-144  MARKET AREA ____

| DATE | RECORD OF CALLS AND OTHER INFORMATION |
|---|---|
| | 74 avg - 12 T - 4m $ |
| 4/74 | new price [illegible] |
| 11-74 | " " " " |
| 11/75 | " " " |
| 2/76 | " " " |
| 8/76 | " " " |
| 9/77 | " " " |
| 10/77 | Health Info sent |
| 6/78 | New prices sent |
| 1/79 | " " " |
| 8/79 | AIA/NA info sent |
| 1/80 | new prices sent |

SALES ORDERS SHIPPED AND INVOICED

| DATE | CURRENT MONTH LBS. | CURRENT MONTH $ VALUE | FROM | YEAR TO DATE LBS. | YEAR TO DATE $ VALUE |
|---|---|---|---|---|---|
| 8/73 | 1,400 | 308 | | | |
| 9/73 | 3,800 | 420 | | 4200 | 728 |
| 1/74 | 2,800 | 420 | LIV | | |
| 6-74 | 2800 | 658 | ✓ | 5,600 | 1078 |
| 8-74 | 5600 | 1316 | ✓ | 11,200 | 2,384 |
| 5-75 | 5600 | 1568 | ✓ | | |
| 8-75 | 2800 | 784 | LIV | 8400 | 2352 |
| 10-75 | 5600 | 840 | Plt. | 14,000 | 3192 |
| 12-75 | 4.2T | 1848 | | 11.2T | 5040 |
| 3-76 | 2.8T | 1008 | | | |
| 8-76 | 2.8 | 1008 | | 5.6T | 2016 |
| 8-76 | 1.4 | 840 | | 7.0T | 2856 |
| 11-76 | 2.8 | 1120 | | 9.8T | 3926 |
| 2-77 | 2.80 | 1120 | | | |
| 4-77 | 2.80 | 1120 | | 5.60 | 2240 |
| 6-77 | 1.4 | 560 | | 7.0 | 2800 |
| 8-77 | 2.8 | 1932 | | 9.8 | 4732 |
| 11-77 | 2.8 | 2128 | | 12.6 | 6860 |
| 1-78 | 2.8 | 1232 | | | |
| 2-78 | .7 | 532 | | 3.5 | 1764 |
| 4-78 | 2.1 | 1596 | | 5.6 | 3360 |
| 5-78 | 2.1 | 1596 | | 7.7 | 4956 |
| 6-78 | 4.2 | 1848 | | 11.9 | 6804 |
| 9-78 | | -196 | | 11.9 | 6608 |
| 10-78 | | -252 | | 11.9 | 6356 |

DATE LAST ORDER: 71 72 73 74 J F M A M J J A S O N D

V23840X

UNION CARBIDE CORPORATION

SALES BY STATE

(01)

EM 226-37E (4 PART) PRINTED IN U.S.A. 7-68

UNION CARBIDE CORPORATION

MINING AND METALS DIVISION

COPY OF INVOICE

38942324

SHIP TO
Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| F351276 Req. #116392 | | 6-4-70 | 060306 | |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| CC&C | | Columbus | Columbus | Coll |

16257669

INVOICE TO
Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| PRODUCT & GRADE | | SIZE | | |
|---|---|---|---|---|
| CALIDRIA Asbestos | | | | |
| TYPE OF PACKAGE | PAYMENT TERMS | | INVOICE DATE | |
| | Net 10th Prox. | | 6-10-70 | |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,015 | bags | Resin-Grade 244 | | | | 10,150 lbs. | $0.65 | $6,597.50 |

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P.O. Box K, King City, Calif. 93930

Please refer to Invoice No. 060306 when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P.O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



UM 326-32E (6 PART) PRINTED IN U.S.A. 7-65

UNION CARBIDE CORPORATION

MINING AND METALS DIVISION

COPY OF INVOICE

38942324

SHIP TO

Chrysler Corp.
Chemical Division
5437 W. Jefferson Ave.
Trenton, Michigan 48183

INVOICE TO

Chrysler Corp.
Chemical Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| 01-467-443-A Rel. #10489 | | 10-7-70 | 100606 | |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Southern Pacific | Southern 308092 | King City | King City | Coll |

16257669 334

| PRODUCT & GRADE | | | SIZE | |
|---|---|---|---|---|
| CALIDRIA Asbestos | | | | |
| TYPE OF PACKAGE | PAYMENT TERMS | | | INVOICE DATE |
| | Net 10th Prox. | | | 10-12-70 |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,820 | bags | Resin Grade 244 | | | | 18,200 lbs. | $0.64 | $11,648.00 |

| CORRESPONDENCE ADDRESS | Please refer to Invoice No. 100606 when mailing remittance to: |
|---|---|
| UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P.O. Box 'K', King City, Calif. 93930 | UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P.O. Box 91136<br>Chicago, Illinois 60690 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



EM 204-30E (4 PART) PRINTED IN U.S.A. 7-65

UNION CARBIDE CORPORATION
MINING AND METALS DIVISION

COPY OF INVOICE

CREDIT MEMO 3894232

| CUSTOMER ORDER NO. OR DATE | DATE SHIPPED | INVOICE NO. |
|---|---|---|
| 07-46744-A Rel. 31555 | 2-26-71 | 022407-CM |

| ORIG. CARRIER | INITIAL CARRIER | SHIPPED FROM | F.O.B. | PPD/COLL |
|---|---|---|---|---|
| Southern Pacific | | King City | King City | PPD |

SHIP TO

Same

| PRODUCT & GRADE | SIZE |
|---|---|
| 16857669 CALIDRIA Asbestos | |

| TYPE OF PACKAGE | PAYMENT TERMS | INVOICE DATE |
|---|---|---|
| | | 4-30-71 |

| S.P. NO. | B.P. NO. | ACCT. NO. | COPIES | REQ. NO. |
|---|---|---|---|---|
| P/C 653001 | XX | | | |

INVOICE TO

Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48184

| | SHIPPERS LOT NO. | GROSS | TARE | NET | ANALYSIS | POUNDS CONTAINED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Billed as: | | | | | | | | |
| 1,820 | bags | Resin Grade | 244 | | | 18,200 lbs. | $0.65 | $11,830.00 |
| Should be: | | | | | | | | |
| 1,820 | bags | Resin Grade | 244 | | | 18,200 lbs. | $0.64 | $11,648.00 |
| | | | | | | | Credit Due | $182.00 |
| | | Per JLM 4-26-71 | | | | | | |

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P. O. Box 'K', King City, Calif. 93930

Please refer to Invoice No. 022407-CM when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION

CREDIT MEMO

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



LOD

EM 326-77E (6 PART) PRINTED IN U.S.A. 7-65

UNION CARBIDE CORPORATION
MINING AND METALS DIVISION

COPY OF INVOICE

38942324

SHIP TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| 0I-467443-A Rel. #12277 | | 6-9-71 | 060702 | |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Southern Pacific | SP 223030 | King City | King City | PPD |

16257669 33

INVOICE TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| PRODUCT & GRADE | | | SIZE | |
|---|---|---|---|---|
| CALIDRIA Asbestos | | | | |
| TYPE OF PACKAGE | PAYMENT TERMS | | | INVOICE DATE |
| | Net 10th Prox. | | | 6-11-71 |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | SHIPPING UNIT | GROSS | TARE | NET | ANALYSIS | POUNDS-CONTAINED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1,820 | bags | Resin Grade | 244 | | | 18,200 lbs. | $0.64 | $11,648.00 |

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P. O. Box 'K', King City, Calif. 93930

Please refer to Invoice No. 060702 when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P. O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended on of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.





LM 334-33E (6 PART) PRINTED IN U.S.A. 7-65

UNION CARBIDE CORPORATION
MINING AND METALS DIVISION

COPY OF INVOICE

38942324

SHIP TO
Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| #01467443-A Rel. #15280 | | 5-17-72 | 18051601 | |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Wyandotte Cartage | | Livonia | Livonia | Coll |

16257669 J. E. Nims-Southfield

| PRODUCT & GRADE | | | SIZE | |
|---|---|---|---|---|
| CALIDRIA Asbestos | | | | |
| TYPE OF PACKAGE | PAYMENT TERMS | | | INVOICE DATE |
| | Net 30 | | | 5-22-72 |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

INVOICE TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| | SHIPPERS TARE | GROSS | TARE | NET | ANALYSIS | POUNDS CONTAINED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 630 | bags | Resin Grade | 244 | | | 6,300 lbs. | $0.65 | $4,095.00 |

Invoice price is in compliance with Executive Order #11627 dated 10/15/71.

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P. O. Box K
King City, Calif. 93930

Please refer to Invoice No. 18051601 when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P. O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

LOD

EM 376-372E (6 PART) PRINTED IN U.S.A. REV 2-70

UNION CARBIDE CORPORATION
Mining & Metals Division

COPY OF INVOICE

38942324

SHIP TO
Chrysler Corp., Chemical Div.
Same

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| 01467443-A Rel. #16102 | | 8-18-72 | 18081601 | |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Wyandotte Cartage | | Livonia | Livonia | Coll |

16257669 J. E. Nims-Southfield

INVOICE TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| PRODUCT & GRADE | | | SIZE | |
|---|---|---|---|---|
| CALIDRIA Asbestos | | | | |
| TYPE OF PACKAGE | PAYMENT TERMS | | | INVOICE DATE |
| | Net 30 | | | 8-23-72 |
| S.P. NO. | B.P. NO. | ACCT. NO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 630 | bags | Resin Grade | 244 | | | 6,300 lbs. | $0.69 | $4,347.00 |

Invoice price is in compliance with Executive Order #11627 dated 10/15/71.

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION - Mining & Metals Div.
P. O. Box K
King City, Ca. 93930

Please refer to Invoice No. 18081601 when mailing remittance to:
UNION CARBIDE CORPORATION - Mining & Metals Div.
P. O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended or of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof





UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

38942324 Livonia, MI

| | | | |
|---|---|---|---|
| INVOICE NO. | KC 02340 | SHIPPED FROM | Same |
| INVOICE DATE | 8-14-73 | PPD/COL | Collect |
| CUST. ORD. NO. | 01-467443-A Rel. #19513 | DATE TO SHIP | 8-13-73 |
| DATE ENTERED | 8-10-73 | DATE SHIPPED | 8-14-73 |
| TERMS | Net 30 | CARRIER | Whse Truck |
| ACC. CODE | 16257669 | CAR NO | |
| SALESMAN | TPW 44 | RQ | 50127 |

SHIP TO: * Same

INVOICE TO: * Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 595 | Resin Grade 244 (P/C 655001) | 5,950 | $0.69 | $4,105.50 |

"UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto."

13081002

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

- ☐ P O BOX 2245 CUSTOM HOUSE POST OFFICE SAN [illegible]
- ☒ P O BOX 91136 CHICAGO ILL 60690
- ☐ P O BOX 4115 CHURCH ST STATION NEW YORK NEW YORK 10008

We hereby certify that these goods were produced in compliance with all applicable requirements of [illegible] and of regulations and orders of the U.S. Department of Labor issued under Section 14 [illegible]

FILE COPY

LO

UNION CARBIDE

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P. O. Box X
King City, CA 93930

38942324

Calidria ASBESTOS

SHIP TO * Same

INVOICE TO * Chrysler Corp.- Chem Div.
5437 W. Jefferson Ave.
Trenton, MI 48183

INVOICE NO. 13060102
INVOICE DATE 6-19-73
CUST. ORD NO. 18689
DATE ENTERED 6-1-73
TERMS Net 30
ACC. CODE 16257669
SALESMAN TPM

FOB Cleveland, OH
SHIPPED FROM Same
PPD/COL. Collect
DATE TO SHIP 6-5-73
DATE SHIPPED 6-4-73
CARRIER Associated
CAR NO

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 630 | Resin Grade 244 (P/C 653001) | 6,300 | $0.69 | $4,347.00 |
| | "UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto." | | | |

FOLD

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

FILE COPY

COD

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P. O. Box X
King City, Calif. 93930

38942324
Calidria ASBESTOS

INVOICE NO. 18011102
INVOICE DATE 1-23-73
CUST. ORD. NO. 01-467443A
Rel. #17368
DATE ENTERED 1-11-73
TERMS Net 30
ACC. CODE 16257669
SALESMAN J. E. King
Southfield

FOB Livonia, Mich.
SHIPPED FROM Same
PPD/COL Collect
DATE TO SHIP 1-12-73
DATE SHIPPED 1-12-73
CARRIER Wyandotte Cartag
CAR NO

SHIP TO * Same

INVOICE TO * Chrysler Corp., Cham. Div.
5437 W. Jefferson Ave.
Trenton, Mich. 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 630 | Resin Grade 244 (P/C 653001) | 6,300 | $0.69 | $4,347.00 |
| | Invoice price is in compliance with Executive Order #11627 dated 10/15/71. | | | |

FOLD

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON THE REVERSE SIDE HEREOF

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

- [ ] P.O. BOX 2345 ...
- [x] P.O. BOX 9... CHICAGO ...
- [ ] P.O. BO...

FILE COPY

(20)

UNION CARBIDE

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

Calidria ASBESTOS

38942324

INVOICE NO. [illegible] 095500

INVOICE DATE 7-12-74

CUST ORD. NO 01A67443-A Rel. #21507

DATE ENTERED 7-9-74

TERMS Net 30

ACC CODE 16257669

SALESMAN [illegible] 44

SHIPPED FROM Same

PPD/COL Collect

DATE TO SHIP 7-10-74

DATE SHIPPED 7-10-74

CARRIER Warehouse Truck

CAR NO

RO 50127

SHIP TO * Same

INVOICE TO * Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 595 | Resin Grade 244 (P/C 653001) | 5,950 | $0.76 | $4,522.00 |
| | "UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto." | | | |

18070911

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

- ☐ P.O. BOX 2245 CUSTOM HOUSE POST OFFICE SAN FRANCISCO CA [illegible]
- ☒ P.O. BOX 91136 CHICAGO ILL 60690
- ☐ P.O. BOX 4115 CHURCH ST. STATION NEW YORK NEW YORK 10008

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY

NOT

UNION CARBIDE

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

Calidria ASBESTOS

38942324

FOB King City, CA

INVOICE NO. MJ 337200
INVOICE DATE 12-30-75
CUST. ORD. NO. 01-467-443-G
Release No. 24245
DATE ENTERED 12-23-75
TERMS Net 30
ACC. CODE 16257669
SALESMAN EJK 47

SHIPPED FROM Same
PPD/COL. Collect
DATE TO SHIP 12-29-75
DATE SHIPPED 12-30-75
CARRIER Southern Pacific
CAR NO. SP-232294
RQ 50127

SHIP TO: Same

INVOICE TO:
*Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB. | AMOUNT |
|---|---|---|---|---|
| 1,680 | RG-244 (P/C 653001)<br>(Code #F-1423) | 16,800 | $0.76 | $12,768.00 |

11122305

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

XX P O BOX 91 35, CHICAGO ILL. 60690
☐ P O BOX 4115 CHURCH ST STATION NEW YORK, NEW YORK 10008

FILE COPY



(UD1)

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

38942324

FOB King City, CA

SHIPPED FROM Same

INVOICE NO. MU 302400

PPD/COL. Collect

INVOICE DATE 10-13-75

DATE TO SHIP 10-13-75

SHIP TO * Same

CUST. ORD. NO. 01-4674430
Release No. 23948

DATE SHIPPED 10-13-75

DATE ENTERED 10-13-75

CARRIER Southern Pacific

TERMS Net 30

INVOICE TO * Chrysler Cor.
Chem. Division
5437 W. Jefferson Ave.
Trenton, MI 48183

ACC. CODE 16257669

CAR NO SP 203298

SALESMAN EJK 47

RQ 50127

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB. | AMOUNT |
|---|---|---|---|---|
| 1,680 | RG-244 (P/C 653001) | 16,800 | $.68 | $11,424.00 |

11101301

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

- [ ] P O BOX 2245 CUSTOM HOUSE POST OFFICE SAN FRANCISCO CA. 9412[illegible]
- [x] P O BOX 91136, CHICAGO, ILL 60690
- [ ] P O BOX 4115 CHURCH ST STATION, NEW YORK NEW YORK 10008

FILE COPY

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF 9393

Calidria ASBESTOS

38942324

| | | | |
|---|---|---|---|
| INVOICE NO. | NS 168200 | FOB | King City, CA |
| INVOICE DATE | 1-24-75 | SHIPPED FROM | Same |
| CUST ORD NO. | 01-467443A | PPD/COL. | Collect |
| Release No. | 22468 | DATE TO SHIP | 1-23-75 |
| DATE ENTERED | 1-23-75 | DATE SHIPPED | 1-23-75 |
| TERMS | Net 30 | CARRIER | Southern Pacific |
| ACC CODE | 16257669 | CAR NO | SP-231527 |
| SALESMAN | TPM 44 | RQ | 50127 |

SHIP TO: *Same

INVOICE TO: *Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE LB | AMOUNT |
|---|---|---|---|---|
| 1,820 | Resin Grade 244 (P/C 653001) | 18,200 | $0.60 | $10,920.00 |

11012503

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW

UNION CARBIDE CORPORATION

- [ ] P.O. BOX 2245 CUSTOM HOUSE POST OFFICE ...
- [ ] P.O. BOX 91136, CHICAGO, ILL 60690
- [x] P.O. BOX 4115 CHURCH ST STATION NEW YORK NEW YORK 10008

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act ... and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY



LOD

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

38942324

Calidria ASBESTOS

FOB King City, CA

INVOICE NO. AU 422200
SHIPPED FROM Same
INVOICE DATE 8-12-76
PPD/COL. Collect
CUST. ORD. NO. 01-467443-G
DATE TO SHIP 8-12-76
Release No. 25578
DATE ENTERED 8-10-76
DATE SHIPPED 8-12-76
TERMS Net 30
CARRIER Southern Pacif
ACC. CODE 16257669
CAR NO. SSW-60261
SALESMAN EJK 47
RQ 50127

SHIP TO
* Same

INVOICE TO
* Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, Michigan 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 1,920 | RG-244 (P/C 653001) (Part #F-1423) | 19,200 | $.76 | $14,592.00 |

FOLD

11081003

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.
UNION CARBIDE CORPORATION
☒ P.O. BOX 9 ... CHICAGO ILL 60690
☐ P.O. BOX 4115 CHURCH ST. STATION NEW YORK NEW YORK

FILE COPY



UNION CARBIDE

UNION CARBIDE CORPORATION
METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

Calidria ASBESTOS

38942324

| | | | |
|---|---|---|---|
| INVOICE NO. | AB 500600 | FOB | King City, CA |
| INVOICE DATE | 4-14-77 | SHIPPED FROM | Same |
| CUST. ORD. NO. | 01-467443-G Release No.27671 | PPD/COL. | Collect |
| DATE ENTERED | 4-11-77 | DATE TO SHIP | 4-13-77 |
| TERMS | Net 30 | DATE SHIPPED | 4-14-77 |
| ACC. CODE | 16257669 | CARRIER | Southern Pacific |
| SALESMAN | EJK 47 | CAR NO | SP-222069 |
| | | RQ | 50127 |

SHIP TO: * Same

INVOICE TO: * Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 1,920 | RG-244 (P/C 653001) (Part #F-1423) | 19,200 | $.88 | $16,896.00 |

11041107

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

☒ P.O BOX 91136, CHICAGO ILL. XXXX 60693
☐ P.O BOX 4115 CHURCH ST. STATION NEW YORK, NEW YORK XXX 10

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY



(OD

UNION CARBIDE

UNION CARBIDE CORPORATION
METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

Calidria ASBESTOS

38942324

FOB King City, CA

INVOICE NO. AU 528000
SHIPPED FROM Same
INVOICE DATE 6-24-77
PPD/COL. Collect
SHIP TO *Same
CUST ORD. NO. 01-467443G
Release No. 28120
DATE TO SHIP 6-24-77
DATE ENTERED 6-23-77
DATE SHIPPED 6-24-77
TERMS Net 30
CARRIER Southern Pacif
INVOICE TO *Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183
ACC CODE 16257669
CAR NO SP-240293
SALESMAN EJK 47
RQ 50127

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 2,000 | RG-244 (P/C 653001) (Part #F-1423) | 20,000 | $.88 | $17,600.00 |

FOLD

11062303

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

XX P O BOX 91136, CHICAGO, ILL XXXX 60693

☐ P.O. BOX 4115 CHURCH ST STATION, NEW YORK, NEW YORK XXXX 1

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE PROVISIONS ON REVERSE SIDE HEREOF.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY

| | | | |
|---|---|---|---|
| INVOICE NO. | AU 642400 | SHIPPED FROM | Same |
| INVOICE DATE | 6-1-78 | PPD/COL. | Collect |
| CUST. ORD. NO. | #08-467549-B | DATE TO SHIP | 6-1-78 |
| Rel. | #1700 | | |
| DATE ENTERED | 6-1-78 | DATE SHIPPED | 6-1-78 |
| TERMS | Net-30 | CARRIER | SP |
| ACC. CODE | 16257669 | CAR NO | #SP-225680 |
| SALESMAN | EJK 47 | RQ | 50127 |

FOR King City, CA

Same

Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, Mich. 48183

| | PRODUCT AND DESCRIPTION | | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|---|
| 1840 | RG-244 | (653001) | 18,400 | $.95 | $17,480.00 |

11060103

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE SEND REMITTANCE TO ADDRESS ✓ BELOW.

X

FILE COPY

King City, CA

| | | | |
|---|---|---|---|
| INVOICE NO. | AU 695200 | SHIPPED FROM | Same |
| INVOICE DATE | 9-27-78 | PPD/COL | Collect |
| CUST ORD NO | #6887 | DATE TO SHIP | 9-27-78 |
| DATE ENTERED | 9-26-78 | DATE SHIPPED | 9-27-78 |
| TERMS | Net-30 | CARRIER | SP |
| ACC CODE | 30283287 | CAR NO | #SP-224549 |
| SALESMAN | EJK 47 | PO | 51372 |

Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton, MI 48183

A. T. Callas Company
2300 W. Big Beaver Road
Troy, MI 48084

| | PRODUCT CODE AND DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1,760 | HG-244 | 653001 | 17,600 | $1.00 | $17,600.00 |
| | | | | less 5 % | 880.00 |
| | | | | | $16,720.00 |

11092605

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE SEND REMITTANCE TO ADDRESS ✓ BELOW.

x

FILE COPY