UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: NEW YORK
      ASBESTOS LITIGATION
------------------------------------------------------------------x

| | |
|---|---|
| This Document Relates To: | |
| JOHN ALEXANDER, | **STATEMENT PURUSANT TO RULE 7.1** |
| Plaintiff(s), | **DEFENDANTS DEMAND TRIAL BY JURY** |
| -against- | |
| AMCHEM PRODUCTS, INC., ET AL., | Civil Action No.:_____ |
| Defendants. | |

------------------------------------------------------------------x

     Pursuant federal rules of civil procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for GENERAL MOTORS CORPORATION is a non-governmental corporate party. There exists no parent corporation. The following are publicly held corporations that own ten (10%) or more of the corporation:

State Street Bank & Trust Company
Capital Research and Management Company
Brandes Investment Partners, L.P.

Dated: New York, New York
       July 12, 2007

                             By: Jay A. Rappaport 5977
                             AARONSON RAPPAPORT FEINSTEIN
                             & DEUTSCH, LLP
                             *Attorneys for Defendants*
                             **Ford Motor Company and**
                             **General Motors Corporation**
                             757 Third Avenue
                             New York, New York 10017
                             (212) 593-6700

577506v

To:  WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiffs*
180 Maiden Lane
New York, New York 10038

Francis F. Quinn, Esq.
LAVIN, O'NEIL, RICCI, FINARELLI & GRAY
*Attorneys for INTERNATIONAL TRUCK AND ENGINE CORP.*
420 Lexington Avenue, Suite 2900
Graybar Building
New York, New York 10170

Don Pugliese, Esq.
MCDERMOTT, WILL & EMERY
*Attorneys for HONEYWELL INTERNATIONAL, INC.*
340 Madison Avenue
New York, New York 10173-1922

Judith Yavitz, Esq.
ANDERSON, KILL & OLICK, P.C.
*Attorneys for AMCHEM PRODUCTS, INC., N/K/A RHONE*
*POULENE AG CO., N/K/A BAYER CROPSCIENCE, INC.*
*CERTAINTEED CORP. AND UNION CARBIDE CORP.*
1251 Avenue of the Americas
New York, New York 10020

Joseph Churgin
HERZFELD & RUBIN, P.C.
*Attorneys for VOLKSWAGEN OF AMERICA, INC.*
40 Wall Street, 54th Floor
New York, New York 10005

577506v