# WEITZ & LUXENBERG

**A PROFESSIONAL CORPORATION**

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500     FAX 212-344-5461
WWW.WEITZLUX.COM

*MEMO ENDORSED*

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK
EDWARD BRANIFF ††
JOHN M. BROADDUS ≠
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
BRIAN BUTCHER ○
DAVID A. CHANDLER
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
TERESA A. CURTIN ▲▲
BENJAMIN DARCHE
CHARLES M. FERGUSON
STUART R. FRIEDMAN

STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH •
ROBIN L. GREENWALD • ••
EDWARD J. HAHN •
CATHERINE HEACOX ††
RENEE L. HENDERSON •
MARIE L. IANNIELLO †
ERIK JACOBS
GARY R. KLEIN ††
GLENN KRAMER ‡‡
JERRY KRISTAL •§
DEBBI LANDAU
ROBERTO LARACUENTE •
HANNAH LIM ♦
JAMES C. LONG, JR •

VICTORIA MANIATIS ††
CURT D. MARSHALL ‡
HADLEY L. MATARAZZO ††
RICHARD S. McGOWAN • ‡‡ ‡
WILLIAM J. NUGENT
ANGELA T. PACHECO ○
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY •
ELLEN RELKIN •▲
STEPHEN J. RIEGEL ††
MICHAEL P. ROBERTS
CHRIS ROMANELLI ††
JILLIAN ROSEN
DAVID ROSENBAND

JIM R. ROSS ○
SHELDON SILVER •
FRANKLIN P. SOLOMON ¶
LEMUEL M. SROLOVIC
JAMES S. THOMPSON ††
JOSH VITOW
DOUGLAS D. von OISTE ‡
WILLIAM A. WALSH ††
JOSEPH P. WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

• Of Counsel
† Also admitted in CT
  Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
¶ Also admitted in NJ and CT
≠ Also admitted in NJ and PA
▲ Also admitted in NJ and DC
▲▲ Also admitted in NJ and ME
  Also admitted in DC and TX
○ Also admitted in DC, VA
¶ Admitted only in NJ and PA
♦ Admitted only in NJ
✱ Admitted only in DC, MD, PA and VA
■ Admitted only in CO
•• Admitted only in IL
○ Admitted only in TX

**BY FED EX**

October 5, 2007

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

           Re: <u>Alexander et al. v. Amchem Products, Inc., et al.,
Case No. 07 CV 6441 (RJS)</u>

Dear Judge Sullivan:

    Having received the Clerk's Notice, dated September 28, 2007, reassigning the above-referenced case to Your Honor, Plaintiffs John Alexander and Braulia Alexander respectfully request that an expedited briefing schedule be set in their case. Plaintiffs have already filed their motion to remand in this Court on or about July 31, 2007, when this case was assigned to another Judge of the Court. Only Defendants General Motors Corporation's and Ford Motor Company's opposition papers to this motion to remand and Plaintiffs' reply papers need be filed in this case.

    In addition to raising the same legal issue of whether defendant Union Carbide Corporation has been fraudulently joined in this case, which now is in the process of being briefed in <u>Sherman v. A.J. Pegno Construction Corp., et al.</u>, No. 07-CV-6433 (RJS), which also is before Your Honor, Plaintiffs' motion to remand additionally raises a patent, seemingly-insurmountable defect in Defendants' removal papers – that one of the remaining (non-fraudulently joined) defendants has not consented to the removal. For these reasons, Plaintiffs

*215 South Monarch Street, Suite 202*
*Aspen, CO 81611*
*(970) 925-6101*

*210 Lake Drive East, Suite 101*
*Cherry Hill, NJ 08002*
*(856) 755-1115*

*76 South Orange Avenue, Suite 201*
*South Orange, NJ 07079*
*(973) 761-8995*

*100 E. 15th Street, Suite 400*
*Fort Worth, Texas 76102*
*(817) 885-7815*


2179-123

request that the Court set expedited dates for the remaining briefing in this case.

Very truly yours,

WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiffs John Alexander
and Braulia Sherman

By: _____
Stephen J. Riegel (SR-8832)
(212) 558-5838

cc: Jay A. Rappaport, Esq.
    Don Pugliese, Esq.
    Judith Yavitz, Esq.
    Francis F. Quinn, Esq.
    Joseph Churgin, Esq.

[Handwritten annotation: Defendants' opposition to plaintiffs' motion to be filed by Friday, November 2, 2007; plaintiffs' reply, if any, to be filed by Monday, November 12, 2007.]

SO ORDERED
Dated: 10/10/07
RICHARD J. SULLIVAN
U.S.D.J.