## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                     ss.:
COUNTY OF NEW YORK  )

RUTH A. TIERNEY, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Queens, N.Y.

That on the 2nd day of November, 2007, deponent served the within AFFIDAVIT & DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND upon:

HON. RICHARD J. SULLIVAN
UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, ROOM 615
NEW YORK, N.Y. 10007

STEPHEN J. RIEGEL
WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiffs
180 Maiden Lane, 17th Fl.
New York, N.Y. 10038

DON PUGLIESE, ESQ.
McDERMOTT, WILL & EMERY
Attorneys for HONEYWILL INTERNATIONAL, INC.
340 Madison Avenue
New York, N.Y. 10173-1922

JUDITH YAVITZ, ESQ.
ANDERSON, KILL & OLICK, P.C.
Attorneys for AMCHEM PRODUCTS, INC.,
N/K/A RHONE POULENE AG CO.,
N/K/A BAYERCROP SCIENCE, INC.
CERTAINTEED CORP. AND UNION CARBIDE CORP.
1251 Avenue of the Americas
New York, N.Y. 10020

HERZFELD & RUBIN, P.C.
Attorneys for VOLKSWAGEN
OF AMERICA, INC.
40 Wall Street, 54th Floor
New York, N.Y. 10005

605487v

LAVIN, O'NEILL, RICCI, FINARELLI & GRAY
Attorneys for INTERNATIONAL TRUCK AND ENGINE CORP.
420 Lexington Avenue, Suite 2900
Graybar Building
New York, N.Y. 10170

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
RUTH A. TIERNEY

Sworn to before me this
2ⁿᵈ day of November, 2007.

_____
Notary Public

Merline Kelly
Notary Public, State of New York
No. 01KE5068190
Qualified in Queens County
Commission Expires October 28, 2010

605487v