# 2007

STEPHEN RIEGEL

| Dates to Remember | Sunday | Monday | Tuesday |
|---|---|---|---|
| July 4 - Independence Day<br>July 31 - Quarterly Form 941 Return Due<br>- Federal Unemployment Tax Deposit Due | 1 | 2 | 3 |
| | 8 | 9 ~~[scribbled out]~~ | 10 |
| **July 2007** | 15 | 16 | 17 |
| | 22 | 23 /6 hrs | 24 /5 hrs |
| JUNE 2007 / AUGUST 2007 / SEPTEMBER 2007 / OCTOBER 2007 | 29 ~~[scribbled out]~~ | 30 /5 hrs | 31 Quarterly Form 941 Return Due / Federal Unemployment Tax Deposit Due ~~[scribbled out]~~ /4 hrs |

| y | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|
| | 4 Independence Day | 5 | 6 | 7 |
| | 11 | 12 | 13 | 14 |
| 5 hrs | 18 | 19 | 20 | 21 |
| ment Palmer 4 hrs | 25 | 26 6 hrs | 27 5 hrs | 28 4 hrs |

Notes: _____
_____
_____
_____
_____

|  | Sunday | Monday | Tuesday |
|---|---|---|---|
| **August 2007** | Notes: | | |
|  | 5 | 6 | 7 |
|  | 12 | 13 ~~[redacted]~~ 2 hrs (A) | 14 |
|  | 19 | 20 | 21 |
| JULY 2007 / SEPTEMBER 2007 / OCTOBER 2007 / NOVEMBER 2007 | 26 | 27 | 28 |

# November 2007

**Dates to Remember**

- November 4 - Daylight Saving Time Ends
- November 6 - Election Day
- November 11 - Veterans' Day
- November 12 - Veterans' Day observed in some states
- November 22 - Thanksgiving Day

| Sunday | Monday | Tuesday |
|---|---|---|
| Notes: | | |
| 4 Daylight Saving Time Ends | | 6 Election Day [redacted] |
| 11 Veterans' Day | 12 Veterans' Day observed in some states — Alexand[er]? reply to remand due / Alex 2 hrs | 13 [redacted] |
| 18 | 19 | 20 [redacted] |
| 25 | 26 | 27 |

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
|  | 1 ~~[redacted]~~ | 2 ~~[redacted]~~ | 3 |
| 7 | 8 ~~[redacted]~~ | 9 | 10 |
| 14 ~~[redacted]~~ | 15 Alex 3 hrs ~~[redacted]~~ | 16 Alex 4 hrs ~~[redacted]~~ | 17 |
| 21 | 22 Thanksgiving Day | 23 | 24 |
| 28 | 29 ~~[redacted]~~ | 30 |  |