2007

STEPHEN RIEGEL

**Dates to Remember**

July 4 - Independence Day

July 31 - Quarterly Form 941 Return Due
- Federal Unemployment Tax Deposit Due

# July 2007

| Sunday | Monday | Tuesday |
|---|---|---|
| 1 | 2 | 3 |
| 8 | 9 [redacted] | 10 |
| 15 | 16 | 17 |
| 22 | 23 6 hrs | 24 5 hrs |
| 29 [redacted] | 30 5 hrs | 31 Quarterly Form 941 Return Due<br>Federal Unemployment Tax Deposit Due [redacted]<br>4 hrs |

**JUNE 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**AUGUST 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**SEPTEMBER 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**OCTOBER 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| 4 Independence Day | 5 | 6 | 7 |
| 11 | 12 [redacted] | 13 | 14 |
| 18 [redacted] | 19 | 20 | 21 |
| 25 6 hrs | 26 5 hrs | 27 4 hrs | 28 |

Notes:

5 hrs

ment

Palmer

4 hrs

# August 2007

| Sunday | Monday | Tuesday |
|---|---|---|
| Notes: | | |
| 5 | 6 | 7 |
| 12 | 13 [redacted] 2 hrs (A) | 14 |
| 19 | 20 | 21 |
| 26 | 27 | 28 |

JULY 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

SEPTEMBER 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

OCTOBER 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

NOVEMBER 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**Dates to Remember**

November 4 - Daylight Saving Time Ends

November 6 - Election Day

November 11 - Veterans' Day

November 12 - Veterans' Day observed in some states

November 22 - Thanksgiving Day

# November 2007

| Sunday | Monday | Tuesday |
|---|---|---|
| Notes: | | |
| 4 Daylight Saving Time Ends | | 6 Election Day [redacted] |
| 11 Veterans' Day | 12 Veterans' Day observed in some states<br>Alexander<br>PTS reply to remand due<br>Alex 2 hrs | 13 [redacted] |
| 18 | 19 | 20 [redacted] |
| 25 | 26 | 27 |

**OCTOBER 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**DECEMBER 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**JANUARY 2008**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**FEBRUARY 2008**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | |

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | 1 [redacted] | 2 [redacted] | 3 |
| 7 | 8 [redacted] Alex 3 hrs | 9 Alex 4 hrs | 10 |
| 14 [redacted] | 15 [redacted] | 16 [redacted] | 17 |
| 21 | 22 Thanksgiving Day | 23 | 24 |
| 28 | 29 [redacted] | 30 | |